IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| I. STEPHAN BLOCH (#66982-079), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-4861 |
| | § | |
| DANESA SAMUELS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Former federal inmate I. Stephan Bloch has filed a *pro se* complaint alleging violations of his civil rights under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971), and he has been given permission to proceed *in forma pauperis*. After screening the complaint under 28 U.S.C. § 1915A the Court ordered service of process on the following defendants: Danesa Samuels, Cory Clark, and Terry Garcia. Bloch has filed a motion for "clarification." He objects that service of process was not also ordered for two other defendants named in the complaint. He further objects that Cory Clark was not served at the address shown in the complaint.

It is **ORDERED** that the motion for clarification (Docket Entry No. 11) is **GRANTED**, but Bloch's **OBJECTIONS ARE OVERRULED**. The Court will issue a corrected order for service on Cory Clark and will issue an additional order for service of process for the other defendants at a later time *if* it becomes necessary.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on **September 20, 2005**.

_____
Nancy F. Atlas
United States District Judge